1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                                    DISTRICT OF NEVADA

9                                             * * *

10   THEODORE STEVENS,                         Case No. 3:17-cv-00138-MMD-WGC

11                               Plaintiff,                    ORDER

12       v.

13   VANESSA HEIDT, *et al.*,

14                              Defendants.

15

16          Plaintiff, a *pro se* prisoner, previously filed an application to proceed *in forma*

17   *pauperis* and submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No.

18   1, 1-1.)

19          Plaintiff now files a motion for voluntary dismissal. (ECF No. 8.) Pursuant to

20   Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a

21   court order by filing "a notice of dismissal before the opposing party serves either an

22   answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court

23   grants Plaintiff's motion to voluntarily dismiss this action because no responsive

24   pleading has been filed in this case. The Court dismisses this action without prejudice.

25          For the foregoing reasons, it is ordered that the motion for voluntary dismissal

26   (ECF No. 8) is granted.

27          It is further ordered that this action is dismissed in its entirety without prejudice.

28          It is further ordered that the Clerk of the Court enter judgment accordingly.

1  It is further ordered that the motion to proceed *in forma pauperis* (ECF No. 4) is

2  denied as moot.

3  DATED THIS 1st day of February 2018.

4

5  _____
   MIRANDA M. DU
6  UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28